COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     David  Ghazvini v. Mr. Paul N. Jones, General Counsel, Mr. Andres Alcantar, Ms. Hope Andrade, Mr. Ronald Congelton, Texas Workforce Commission and San Jacinto Community College

Appellate case number:   01-16-00367-CV

Trial court case number:  2014-07448

Trial court:                      157th District Court of Harris County

On May 27, 2016, this Court notified appellant that the filing fee was past due.  On May 31, 2016, appellant filed an affidavit of indigence in this Court.  We forwarded the affidavit to the trial court for determination.  *See* TEX. R. APP. P. 20.1(h)(4).  On June 10, 2016, this Court advised appellant that the Harris County District Clerk advised us that appellant had not made financial arrangements for the filing of the clerk's record.

A contest to appellant's affidavit of indigence was filed by the Harris County District Clerk.  After a hearing, the trial court sustained the contest on June 21, 2016.  No notice of appeal of this order and no motion seeking review of this order have been filed.  *See* TEX. R. APP. P. 20.1(j)(1)-(2).  Accordingly, appellant is responsible for payment of the filing fee and for payment for the clerk's record.  *See* TEX. R. APP. P. 5 (party not excused from paying costs must pay whatever fees required by statute or Supreme Court order).

We **order** appellant to pay or provide proof of payment of the filing fee and for the clerk's record **on or before September 6, 2016** or the court will dismiss the appeal.  *See* TEX. R. APP. P. 35.3(c), 37.3(a),(b) (court may dismiss the appeal for nonpayment for clerk's record after giving appellant reasonable opportunity to cure nonpayment), 42.3 (court may dismiss for failure to comply with a requirement of these rules, a court order or notice requiring a response or actions within a specified time).

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                              ☒  Acting individually


Date:  August 11, 2016